# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-0164-TOR-2 |
|---|---|
| Plaintiff, | CRIMINAL MINUTES |
| vs. | DATE: 2/15/2023 |
| VINCENT NICHOLAS PETRUSHKIN, | LOCATION: Spokane 902 |
| Defendant. | SENTENCING HEARING |

### JUDGE THOMAS O. RICE

| Bridgette Fortenberry | N/A | N/A | Crystal Hicks |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Caitlin A. Baunsgard | | Zachary L. Ayers / Walter L. Ayers | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] **Open Court**  [ X ] **US Probation Officer:** Jennifer Frieling

Defendant present in custody and assisted by counsel.

The Court and counsel discussed status of the case.

Hearing no objection from either party, the Court continued the sentencing hearing to **4/19/2023 at 10:30 a.m.**

Defendant remanded to USMS custody until further order of the Court.

| CONVENED: 9:00 AM | ADJOURNED: 9:02 AM | TIME: 2 MINS | [X] JUDGMENT TO FOLLOW |
|---|---|---|---|